| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Nancy Curry, Chapter 13 Trustee<br>Sean G. O'Hair (SBN 293558)<br>1000 Wilshire Boulevard, Suite 870<br>Los Angeles, California 90017<br>Tel: (213) 689-3014<br>Fax: (213) 689-3055<br><br><br><br>Chapter 13 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ANGELA D. WALTON,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-34917-WB<br>CHAPTER: 13<br><br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br><br>[No Hearing Required] |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on  10/19/2017  as docket entry number 99    , recommends:

☐ APPROVAL

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ APPROVAL on the following conditions:

☐ See attached sheet.

☒ DISAPPROVAL for the following reasons:

1) The proposed modification does not pay all claims within the plan term of 60 months. See Attachment.

2) Debtor has not provided to the Trustee tax returns for 2014, 2015, or 2016.

3) Debtor must turnover any tax refunds received for 2014 - 2016 that exceed $1,500.00 in each year.

☐ See attached sheet.

☒ Set for hearing.

Date: 11/09/2017                                                    /s/ Sean O'Hair, Attorney for Nancy Curry
                                                                   Chapter 13 trustee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT**

Cred Status Report
Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee
Status of Case as of      11/09/2017   09:58 AM

**1334917-WB**

WALTON, ANGELA

| | | | **12 Rmng of 60 Mos.** |
|---|---|---|---|
| | | Atty: MATTHEW D. RESNIK | Percent Pay Uns      0 |
| 1114 W. RALSTON ST., APT. A | | (213)572-0800 | SSN: xxx-xx-8591   xxx-xx- |
| ONTARIO CA 91762 | | | Debtor Plan Payment: $4,039.82 / M |

Debtor Type:            Emply: LOS ANGELES COUNTY

----- Last 6 Payments -----

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Filed | 10/11/2013 | 5/30/2017 | $4,040.00 | 11/21/2016 | $3,500.00 | Total Paid In | $125,962.00 |
| First Mtg | 11/19/2013 | 2/1/2017 | $2,000.00 | 10/4/2016 | $4,040.00 | | |
| Confirmed | 02/11/2015 | 1/5/2017 | $2,000.00 | 9/6/2016 | $3,700.00 | | |
| Plan Filed | 02/06/2015 | | | | | | |
| Start Pmts | 11/10/2013 | | | | | | |
| Bar Date | 02/17/2014 | | | | | | |

Graduated Payment Plan

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Months | 1 | Thru | 14 | $3,270.00 | Per Month = | $45,780.00 |
| Months | 15 | Thru | 16 | $3,996.78 | Per Month = | $7,993.56 |
| Months | 17 | Thru | 60 | $4,039.82 | Per Month = | $177,752.08 |

Status     1     ! 1AP 020615 - TMD FEAS DELQ TAX HRG 111517 @ 1:30         Okay to Pay:  Y

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 09036200 | | 101-0 | | Pri | | | 24 | $0.00 | | | | $0.00 |
| COPPER SANDS HOMEOWNERS ASSOC. | 03103510 | | 201-0 | 6/20/2017 | Sec A | | | 24 | $1,683.00 | $895.69 | $1,683.00 | | $787.31 |
| JPMORGAN CHASE BANK, N.A. | 10000834 | | 202-0 | | Sec A | | | 24 | $0.00 | | $63,542.26 | | Surrndrd |
| WELLS FARGO BANK, N.A. | 23001164 | | 301-0 | 6/20/2017 | Sec A | | | 24 | $141,081.02 | $59,589.26 | $141,081.02 | | $81,491.76 |
| BSI FINANCIAL SERVICES | 00275816 | | 302-0 | 6/20/2017 | Sec A | 5.00 | | 24 | $90,000.00 | $38,257.33 | $90,000.00 | $13,719.82 | $51,742.67 |
| QUANTUM3 GROUP LLC | 17000101 | | 401-0 | | Uns | | | 33 | $0.00 | | $25,518.95 | | $0.00 |
| QUANTUM3 GROUP LLC | 17000101 | | 402-0 | | Uns | | | 33 | $0.00 | | $17,641.13 | | $0.00 |
| AMERICAN INFOSOURCE LP | 00211445 | | 403-0 | | Uns | | | 33 | $0.00 | | $214.23 | | $0.00 |
| CAPITAL ONE BANK USA, N.A. | 03102122 | | 404-0 | | Uns | | | 33 | $0.00 | | $1,691.20 | | $0.00 |
| ECAST SETTLEMENT CORP. | 05000248 | | 405-0 | | Uns | | | 33 | $0.00 | | $5,447.79 | | $0.00 |
| FEDERAL NATIONAL MORTGAGE ASSO | 19001992 | | 406-0 | | Uns | | | 33 | $0.00 | | $110,884.69 | | $0.00 |
| COPPER SANDS HOMEOWNERS ASSOC. | 03103510 | | 407-0 | | Uns | | | 33 | $0.00 | | $15,722.19 | | $0.00 |
| JEFFERSON CAPITAL SYSTEMS,LLC. | 10000683 | | 408-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| JP MORGAN CHASE BANK, N.A. | 10000928 | | 409-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| MATTHEW D. RESNIK | 91091028 | | 666-0 | 3/18/2015 | Lgl | | | 13 | $7,777.96 | $7,777.96 | $7,777.96 | | $0.00 |
| NANCY CURRY, TRUSTEE | 14009800 | | TRS-0 | 5/30/2017 | Tru | | | 00 | $20,613.25 | $5,721.94 | | | $14,891.31 |

| | | | | | | $261,155.23 | $112,242.18 | | $13,719.82 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | Amount Available | $0.00 |
| Total Debt | $232,764.02 | $0.00 | $0.00 | $0.00 | $7,777.96 | $0.00 | $0.00 | | Funds Held | $0.00 |
| Total Paid | $98,742.28 | $0.00 | $0.00 | $0.00 | $7,777.96 | $0.00 | $5,721.94 | | Principal Balance | $148,913.05 |
| Total Int Pd | $13,719.82 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | Debtor Refunds | $0.00 |
| Balance Due | $134,021.74 | $0.00 | $0.00 | $0.00 | $0.00 | | $14,891.31 | | | |

Case Status Report
Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee
Status of Case as of      11/09/2017    09:58 AM

Page      2
Chapter 13

**1334917-WB**

WALTON, ANGELA

**12 Rmng of 60 Mos.**
Percent Pay Uns        0

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Budget
ER/H: LOS ANGELES COUNTY

| | | |
|---|---|---|
| Inc: | $10,664.43 | Occup: LIEUTENANT |
| Exp: | $6,625.00 | ER/H: |
| Surp: | $4,039.43 | Occup: |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1000 WILSHIRE BLVD, SUITE 870, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS OR OBJECTION:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/09/2017   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 11/09/2017   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Angela Walton
1114 W. Ralston St., Apt. A
Ontario, CA 91762

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  11/09/2017   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand
U.S. Bankruptcy Court
255 E. Temple St, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2017 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Rosemary Allen    Rosemary.Allen@wellsfargo.com**

- **William P Barrett    William.P.Barrett@wellsfargo.com**

- **Bruce E Brown    BRUCE.BROWN2@WELLSFARGO.COM,
  BRUCE.BROWN2@WELLSFARGO.COM**

- **Nancy K Curry (TR)    TrusteeECFMail@gmail.com**

- **Mark D Estle    mdestle@estlelaw.com**

- **Dane W Exnowski    dane.exnowski@buckleymadole.com, cabk@BuckleyMadole.com**

- **Marian Garza    ecfnotices@ascensioncapitalgroup.com**

- **Ramesh Singh    claims@recoverycorp.com**

- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

- **Brad Weil    bfweil@justbradlegal.com, brad@ecf.courtdrive.com**

- **Oneika White-Dovlo    oneika.s.white-dovlo@wellsfargo.com**